IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03155-RMR-KAS

ERNEST H. NEWBLOOD,

    Plaintiff,

v.

CONNS APPLIANCE, INC., doing business as Conns Home Plus,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant's **Unopposed Motion to Appear Telephonically for the Scheduling/Planning Conference** [#16] and on Plaintiff's **Motion to Appear Telephonically for Scheduling/Planning Conference** [#18] (collectively, the "Motions"). Finding good cause,

    IT IS HEREBY **ORDERED** that the Motions [#16, #18] are **GRANTED**. However, rather than by telephone, counsel for both parties may appear by video teleconference ("VTC") at the Scheduling Conference. The following meeting instructions shall be utilized:

• For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

    Dated: February 28, 2024